No. 18-4264

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| AGUSTO NIZ-CHAVEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| MERRICK B. GARLAND, U.S. Attorney General, | ) ) | |
| | ) | |
| Respondent. | ) | |

FILED
Aug 23, 2021
DEBORAH S. HUNT, Clerk

BEFORE: COLE and LARSEN, Circuit Judges.

Petitioner moves for reconsideration of the panel's July 8, 2021 order denying his motion for attorneys' fees without prejudice to a later filing upon resolution of the case before the BIA. Respondent responds offering no opposition. Respondent also moves for a 30-day extension of time, following a decision on the motion for reconsideration, to file a response to petitioner's July 30, 2021 motion for attorneys' fees, indicating petitioner does not oppose the motion.

Petitioner's unopposed motion for reconsideration is GRANTED, and it is ORDERED that the panel's July 8, 2021 order denying the motion for attorneys' fees is VACATED. Further, respondent's unopposed motion for extension of time is GRANTED. Respondent shall have thirty (30) days from entry of this order to file a response to petitioner's motion for attorneys' fees. Petitioner should file a reply, if any, within (7) days after the response filing.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk